```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

ROY LEE RUCKER,                )
                               )
     Plaintiff,                )
                               )
v.                             )    No. 22-cv-2143-JTF-tmp
                               )
BRISTOL WEST INS.,             )
                               )
     Defendant.                )
_____

                    REPORT AND RECOMMENDATION
_____

On March 4, 2022, plaintiff Roy Lee Rucker, a resident of Memphis, Tennessee, filed a *pro se* complaint and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) However, Rucker's motion did not provide the court with sufficient financial information to determine whether he was unable to pay the civil filing fee. On March 9, 2022, the undersigned entered an order directing Rucker to file a properly completed *in forma pauperis* affidavit or pay the $402.00 civil filing fee within 30 days. (ECF No. 6.) The order notified Rucker that failure to comply would result in dismissal of this action without further notice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. As of May 5, 2022, Rucker has not complied with the court's order. Accordingly, it is recommended that the complaint be dismissed without prejudice.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

May 5, 2022
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**